**FILED**

JUL - 8 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

(PR)

CRB

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Santiago G. Casso Jr.
    Plaintiff,

vs.

California dept. of Corrections
Secretary: James Tilton
    Defendant.

CASE NO. CV 08 3282

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Santiago G. Casso Jr., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?  Yes ____  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  __1997- 8.50 per hour 6/08/97 Thru 9/16/97_____
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or              Yes ___ No ✓
10           self employment
11      b.   Income from stocks, bonds,           Yes ___ No ✓
12           or royalties?
13      c.   Rent payments?                       Yes ___ No ✓
14      d.   Pensions, annuities, or              Yes ___ No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments,   Yes ✓ No ___
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  __disability check, Plaintiff recieves $856.00 per month last check was__
22  __10/01/07, see exibit-P2_____
23  3.   Are you married?                         Yes ___ No X
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ __zero__

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  13 yr old Son, I contribute 125.00 ºº per month for child support.
6  _____
7  5.  Do you own or are you buying a home?          Yes ___ No _X_
8  Estimated Market Value: $ N/A    Amount of Mortgage: $ N/A
9  6.  Do you own an automobile?                      Yes ___ No _X_
10 Make __N/A__ Year __N/A__ Model __N/A__
11 Is it financed? Yes ____ No ____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes ___ No _✓_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ no present finances of any kind
17 Do you own any cash? Yes ___ No _X_ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No _X_
20 _____
21 8.  What are your monthly expenses? I am an Indegent Prisoner presently
22 Rent: $ N/A                  Utilities: N/A
23 Food: $ N/A                  Clothing: N/A
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 None                    $ None                   $ None
27   |                     $   |                    $   |
28   ↓                     $   ↓                    $   ↓

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

yes, court Restitution of $735.00°° present balance see Account print-out

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/01/08                    Santiago G. Cassr Jr
DATE                       SIGNATURE OF APPLICANT

```
 1
 2                                                  Case Number: _____
 3
 4
 5
 6
 7
 8
 9                           CERTIFICATE OF FUNDS
10                                    IN
11                           PRISONER'S ACCOUNT
12
13       I certify that attached hereto is a true and correct copy of the prisoner's trust account
14   statement showing transactions of Santiago Casso # K-79110 for the last six months
15   at
16                                       [prisoner name]
17   Deuel Vocational Institution        where (s)he is confined.
18               [name of institution]
19       I further certify that the average deposits each month to this prisoner's account for the
20   most recent 6-month period were $ 7 56           and the average balance in the prisoner's
21   account each month for the most recent 6-month period was $ 3 14        .
22
23   Dated: 6/17/08                       _____
24                                         [Authorized officer of the institution]
25
26
27
28
                                          - 5 -
```

```
REPORT ID: TS3030 .701                                    REPORT DATE: 04/08/08
                                                          PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         DEUEL VOCATIONAL INSTITUTION
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: OCT. 01, 2007 THRU APR. 08, 2008

ACCOUNT NUMBER : K79110              BED/CELL NUMBER: WHD 00000000012
ACCOUNT NAME   : CASSO, SANTIAGO G JR  ACCOUNT TYPE: I
PRIVILEGE GROUP: U
                         TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION    COMMENT     CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----   ----  ------------   --------    ---------  --------   -----------   -------

10/01/2007   BEGINNING BALANCE                                                0.00

12/10*DD30 CASH DEPOSIT    RR/703534               10.37                    10.37
12/11 W501 SHIPPING CHAR   GSO/703586                           6.40         3.97
12/11*W502 POSTAGE CHARG   LGLPOS3587                           0.41         3.56
12/17 W502 POSTAGE CHARG   LGLPOS3686                           0.41         3.15
12/17 W502 POSTAGE CHARG   LGLPOS3686                           0.41         2.74
12/24 W502 POSTAGE CHARG   POST703861                           0.41         2.33
12/24 W502 POSTAGE CHARG   POST703861                           0.41         1.92
12/24 W502 POSTAGE CHARG   POST703861                           0.41         1.51
12/24 W502 POSTAGE CHARG   ENVLOP3861                           1.00         0.51
12/31 W502 POSTAGE CHARG   ENVLPO3972                           0.51         0.00
ACTIVITY FOR 2008
 1/22*DD30 CASH DEPOSIT    MR/704408                9.00                     9.00
 1/23 W502 POSTAGE CHARG   POST704473                           0.75         8.25
 1/23 W502 POSTAGE CHARG   POST704473                           0.75         7.50
 1/23 W502 POSTAGE CHARG   POST704473                           2.84         4.66
 1/23 W502 POSTAGE CHARG   ENVLOP4473                           0.75         3.91
 1/23 W502 POSTAGE CHARG   POST704473                           0.58         3.33
 1/23 W502 POSTAGE CHARG   POST704473                           0.41         2.92
 1/23 W502 POSTAGE CHARG   POST704473                           2.16         0.76
 1/23 W502 POSTAGE CHARG   POST704473                           0.41         0.35
 1/23 W502 POSTAGE CHARG   POST704473                           0.35         0.00

                   * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/08/03              CASE NUMBER: H34711
COUNTY CODE: ALA                      FINE AMOUNT: $    800.00

DATE     TRANS.  DESCRIPTION                    TRANS. AMT.   BALANCE
----     ------  -----------                    -----------   -------

10/01/2007   BEGINNING BALANCE                                794.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 4/8/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
REPORT ID: TS303D  .701                    REPORT DATE: 04/08/08
                                           PAGE NO:        2

                    DEUEL VOCATIONAL INSTITUTION
                    INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: OCT. 01, 2007 THRU APR. 08, 2008

ACCT: K79110    ACCT NAME: CASSO, SANTIAGO G JR    ACCT TYPE: I
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 4/8/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

## * RESTITUTION ACCOUNT ACTIVITY

```
DATE SENTENCED: 10/08/03              CASE NUMBER: H34711
COUNTY CODE: ALA                      FINE AMOUNT: $    800.00

 DATE     TRANS.  DESCRIPTION              TRANS. AMT.    BALANCE
 -------  ------  -----------------------  ------------  ----------
12/06/07  SU01    SYS TRNSF - POS               12.50-     781.50
12/10/07  DR30    REST DED-CASH DEPOSIT         11.51-     769.99
01/22/08  DR30    REST DED-CASH DEPOSIT         10.00-     759.99
04/04/08  SU01    SYS TRNSF - POS                3.64-     756.35
```

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

### TRUST ACCOUNT SUMMARY

```
BEGINNING   TOTAL      TOTAL         CURRENT    HOLDS      TRANSACTIONS
BALANCE     DEPOSITS   WITHDRAWALS   BALANCE    BALANCE    TO BE POSTED
---------   --------   -----------   --------   --------   ------------
  0.00       19.37        19.37        0.00       0.00         0.00
```

```
                                              CURRENT
                                              AVAILABLE
                                              BALANCE
                                              ---------
                                                0.00
```

```
REPORT ID: TS3030 .701                                          REPORT DATE: 06/17/08
                                                                PAGE NO:      1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                             DEUEL VOCATIONAL INSTITUTION
                            INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 17, 2008
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
       TRUST OFFICE

```
ACCOUNT NUMBER : K79110              BED/CELL NUMBER: NND 000000000012
ACCOUNT NAME   : CASSO, SANTIAGO G JR   ACCOUNT TYPE: I
PRIVILEGE GROUP: U
                           TRUST ACCOUNT ACTIVITY

    TRAN
DATE CODE DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
---- ---- -----------    -------    ---------  --------  -----------  -------

12/01/2007   BEGINNING BALANCE                                           0.00

12/10*DD30 CASH DEPOSIT   RR/703534              10.37                  10.37
12/11 W501 SHIPPING CHAR  GSO/703586                         6.40        3.97
12/11*W502 POSTAGE CHARG  LGLPOS3587                         0.41        3.56
12/17 W502 POSTAGE CHARG  LGLPOS3686                         0.41        3.15
12/17 W502 POSTAGE CHARG  LGLPOS3686                         0.41        2.74
12/24 W502 POSTAGE CHARG  POST703861                         0.41        2.33
12/24 W502 POSTAGE CHARG  POST703861                         0.41        1.92
12/24 W502 POSTAGE CHARG  POST703861                         0.41        1.51
12/24 W502 POSTAGE CHARG  ENULOP3861                         1.00        0.51
12/31 W502 POSTAGE CHARG  ENVLP03972                         0.51        0.00
      ACTIVITY FOR 2008
01/22*DD30 CASH DEPOSIT   MR/704408               9.00                   9.00
01/23 W502 POSTAGE CHARG  POST704473                         0.75        8.25
01/23 W502 POSTAGE CHARG  POST704473                         0.75        7.50
01/23 W502 POSTAGE CHARG  POST704473                         2.84        4.66
01/23 W502 POSTAGE CHARG  ENVLOP4473                         0.75        3.91
01/23 W502 POSTAGE CHARG  POST704473                         0.58        3.33
01/23 W502 POSTAGE CHARG  POST704473                         0.41        2.92
01/23 W502 POSTAGE CHARG  POST704473                         2.16        0.76
01/23 W502 POSTAGE CHARG  POST704473                         0.41        0.35
01/23 W502 POSTAGE CHARG  POST704473                         0.35        0.00
04/23 D320 TRUST FUNDS T  SQSP706631              3.29                   3.29
04/28 W502 POSTAGE CHARG  LGLPOS6760                         0.41        2.88
04/28 W502 POSTAGE CHARG  LGLPOS6760                         0.41        2.47
04/28 W502 POSTAGE CHARG  LGLPOS6760                         0.41        2.06
04/28 W502 POSTAGE CHARG  LGLPOS6760                         0.41        1.65
04/28 W502 POSTAGE CHARG  LGLPOS6760                         0.41        1.24
04/28 W502 POSTAGE CHARG  LGLPOS6760                         0.80        0.44
04/28 W502 POSTAGE CHARG  LGLPOS6760                         0.41        0.03
05/28 W502 POSTAGE CHARG  POST707466                         0.03        0.00


                          CURRENT HOLDS IN EFFECT
    DATE      HOLD
   PLACED     CODE    DESCRIPTION             COMMENT       HOLD AMOUNT
   ------     ----    -----------             -------       -----------
   05/16/2008 H106   UNITED PARCEL SERVICE HOLD  GSO/707200      4.16
   05/23/2008 H109   LEGAL POSTAGE HOLD          LGLPOS7373      0.58
   05/23/2008 H109   LEGAL POSTAGE HOLD          LGLPOS7373      0.75
   05/23/2008 H109   LEGAL POSTAGE HOLD          LGLPOS7373      0.59
   05/23/2008 H109   LEGAL POSTAGE HOLD          LGLPOS7373      0.42
   06/03/2008 H107   POSTAGE HOLD                POST707549      4.80
```

```
                       DEUEL VOCATIONAL INSTITUTION
                       INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 17, 2008

ACCT: K79110     ACCT NAME: CASSO, SANTIAGO G JR          ACCT TYPE: I
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
             TRUST OFFICE

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 06/03/2008 | H107 | POSTAGE HOLD | POST707549 | 0.59 |
| 06/03/2008 | H107 | POSTAGE HOLD | POST707549 | 0.59 |
| 06/03/2008 | H107 | POSTAGE HOLD | ENVLOP7549 | 1.00 |
| 06/13/2008 | H107 | POSTAGE HOLD | POST707802 | 0.59 |

\* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/08/03                CASE NUMBER: H34711
COUNTY CODE: ALA                        FINE AMOUNT: $    800.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 12/01/2007 | | BEGINNING BALANCE | | 794.00 |
| 12/06/07 | SU01 | SVS TRNSF - POS | 12.50- | 781.50 |
| 12/10/07 | DR30 | REST DED-CASH DEPOSIT | 11.51- | 769.99 |
| 01/22/08 | DR30 | REST DED-CASH DEPOSIT | 10.00- | 759.99 |
| 04/04/08 | SU01 | SVS TRNSF - POS | 3.64- | 756.35 |

```
* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 22.66 | 22.66 | 0.00 | 14.07 | 0.00 |

CURRENT
AVAILABLE
BALANCE
---------------
14.07-
---------------