1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7         FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   SANTIAGO G. CASSO, JR.,           )
                                      )
10          Plaintiff(s),              )        No. C 08-3282 CRB (PR)
                                      )
11      v.                             )        ORDER GRANTING
                                      )        LEAVE TO PROCEED <u>IN</u>
12   JAMES TILTON,                     )        <u>FORMA PAUPERIS</u>
                                      )
13          Defendant(s).              )        (Doc # 2)
   _____ )
14

15      Plaintiff's application for leave to proceed <u>in forma pauperis</u> under 28

16   U.S.C. § 1915 (doc # 2) is GRANTED. The total filing fee due is $ 350.00 and the

17   initial partial filing fee due at this time is $ 0.00. <u>See</u> 28 U.S.C. § 1915(b)(1). A

18   copy of this order and the attached instructions will be sent to the plaintiff, the

19   prison trust account office, and the court's financial office.

20   SO ORDERED.

21   DATED:  July 11,2 008                    _____
                                              CHARLES R. BREYER
22                                            United States District Judge

23
24
25
26
27
28   G:\PRO-SE\CRB\CR.08\Casso, S1.ifp.wpd

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

INSTRUCTIONS FOR PAYMENT OF PRISONER'S FILING FEE

The prisoner shown as the plaintiff or petitioner on the attached order has filed a civil action <u>in forma pauperis</u> in this court and owes to the court a filing fee. Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

> The initial partial filing fee listed on the attached order should be deducted by the prison trust account office from the prisoner's trust account and forwarded to the clerk of the court as the first installment payment on the filing fee. This amount is twenty percent of the greater of (a) the average monthly deposits to the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition.

> Thereafter, on a monthly basis, 20 percent of the preceding month's income credited to the prisoner's trust account should be deducted and forwarded to the court each time the amount in the account exceeds ten dollars ($10.00). The prison trust account office should continue to do this until the filing fee has been paid in full.

If the prisoner does not have sufficient funds in his/her account to pay the initial partial filing fee, the prison trust account office should forward the available funds, and carry the balance forward each month until the amount is fully paid.

If the prisoner has filed more than one complaint, (s)he is required to pay a filing fee for each case. The trust account office should make the monthly calculations and payments for each case in which it receives an order granting <u>in forma pauperis</u> and these instructions.

**The prisoner's name and case number must be noted on each remittance.** The initial partial filing fee is due within thirty days of the date of the attached order. Checks should be made payable to Clerk, U.S. District Court and sent to Prisoner Accounts Receivable, U.S. District Court, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

cc:    Plaintiff/Petitioner
       Finance Office

(rev. 1/07)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO G. CASSO JR., | Case Number: CV08-03282 CRB |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CA DEPT OF CORRECTIONS et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Santiago G. Casso K-79110
Deuel Vocational Institution
P.O. Box 600
Tracy, CA 95378

Dated: July 11, 2008

Richard W. Wieking, Clerk
By: Barbara Espinoza, Deputy Clerk