1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9     SANTIAGO G. CASSO, JR.,              )
                                           )
10                    Plaintiff(s),        )          No. C 08-3282 CRB (PR)
                                           )
11          v.                             )          ORDER OF DISMISSAL
                                           )
12    JAMES TILTON,                        )
                                           )
13                    Defendant(s).        )
      ─────────────────────────────       )
14
15          Plaintiff, a registered sex offender temporarily incarcerated on a parole

16    violation, has filed a pro se prisoner complaint under 42 U.S.C. § 1983

17    challenging the constitutionality of  Jessica's Law, formally known as the Sexual

18    Predator Punishment and Control Act ("SPPCA"), which imposes residency

19    restrictions and GPS monitoring on registered sex offenders.  Plaintiff raised the

20    same allegations in a prior prisoner complaint, which was ordered served and is

21    still pending.  See Casso v. Cal. Dep't of Corrections and Rehabiliation, No. C

22    07-5959 CRB (PR) (N.D. Cal. filed Nov. 27, 2007).

23          A prisoner complaint that merely repeats pending or previously litigated

24    claims may be considered abusive and dismissed under the authority of 28 U.S.C.

25    § 1915A.  Cf. Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995)

26    (citing Bailey v. Johnson, 846 F.2d 1019, 1021 (5th Cir. 1988)) (duplicative in

27    forma pauperis complaint may be considered abusive and dismissed under 28

28    U.S.C. § 1915).  Because plaintiff raised and is litigating the same allegations and

1  claims raised herein in his earlier action, the instant complaint is deemed

2  duplicative and abusive under § 1915A.

3        The complaint is DISMISSED as duplicative under the authority of 28

4  U.S.C. § 1915A(b).  The clerk shall enter judgment in accordance with this order

5  and close the file.

6  SO ORDERED.

7  DATED:  July 11, 2008

8                                    CHARLES R. BREYER
                                     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27      G:\PRO-SE\CRB\CR.08\Casso, S1.dismissal.wpd

28                                    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


SANTIAGO G. CASSO JR.,

          Plaintiff,

  v.

CA DEPT OF CORRECTIONS et al,

          Defendant.
_____/

Case Number: CV08-03282 CRB

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Santiago G. Casso K-79110
Deuel Vocational Institution
P.O. Box 600
Tracy, CA 95378

Dated: July 11, 2008

                        Richard W. Wieking, Clerk
                        By: Barbara Espinoza, Deputy Clerk