IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTIAGO G. CASSO JR.,　　　　　　　　　　　　　No. CV 08-03282 CRB ,

　　　　Plaintiff,

**JUDGMENT IN A CIVIL CASE**

　v.

CA DEPT OF CORRECTIONS,

　　　　Defendant.

　　　　( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　　　　(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　　　**IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of defendant.

Dated: July 11, 2008　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO G. CASSO JR., | Case Number: CV08-03282 CRB |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CA DEPT OF CORRECTIONS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Santiago G. Casso K-79110
Deuel Vocational Institution
P.O. Box 600
Tracy, CA 95378

Dated: July 11, 2008

Richard W. Wieking, Clerk
By: Barbara Espinoza, Deputy Clerk