United States District Court
Northern District of California

Santiago G. Casso Jr.

        Petitioner,

V.

California dept. of Corrections
secretary: James Tilton

        Respondent.

CASE NO. CV 08 3282 CRB (PR)

PROOF OF SERVICE BY MAIL

FILED JUL 16 PM 3:24

I am a citizen of the United States and a resident in the state of California. I'm currently incarcerated in a California State Prison. I'm over the age of 18 years, and not a party to the within action.

I served the following document to each of the persons named below at the address shown. By placing a true copy in a sealed envelope with postage fully prepaid, in the U.S. Mail at the Institutional mailroom.

**DOCUMENT:** Copy of Title 42 U.S.C. § 1983 Complaint
Copy of address change

**PARTIES SERVED:** office of the Attorney General
1300 I Street, #1100
P.O. Box 944255
Sacramento, Ca., 94244

I declare under penalty of perjury the above statements are true and correct. This document executed on the __13__ Day of __July__ 200_8_, in the city of Tracy, San Joaquin County, California. By: __Joseph Sweet__     print your name

SIGNED: __Joseph Sweet__

**DEUEL VOCATIONAL INSTITUTION**
P.O. BOX 600
TRACY, CA.    95378-0600

Name _Santiago Casso_

CDC # _K-76110_

Housing Unit & Bed # _H-Dorm #12_

**State Prison**
**Generated Mail**

DVI RECEPTION CENTER

Re: cv 08 3282 CRB (PR) -POS-

PRISON GENERATED MAIL



Hasler
016H26516708
Mailed From 95378
07/14/2008
$00.420
US POSTAGE

— Legal Mail —

United States District Court
Northern District of California
450 Golden Gate Avenue
Box 36036
San Francisco, Ca. 94102

RC

V. Cup

- Legal Mail -

7-13-08