1  Santiago G. Casso Jr.  (your name)

2  #K-79110  (CDC #)

3  37461 Cherry St., APT-B  (Address)

4  Newark, Ca, 94560  (City, State, ZIP)
   In Pro per

5

6

7  United States District Court

8  Northern District of California

9

10

11  Santiago G. Casso Jr.                    )
                                             )  CASE NO. CV 08 3282 CRB (PR)
12                    Petitioner             )
                                             )
13  V.                                       )
    California dept. of Corrections          )
14  Secretary: James Tilran                  )
                                             )  **CHANGE OF ADDRESS**
15                    Respondent             )
                                             )
16  ─────────────────────────────────────────)

17  **TO: THE HONORABLE COURT IN THE ABOVE ENTITLED CAUSE**

18  **PLEASE TAKE NOTICE:** That petitioner currently has a pending cause in this

19  court, and that petitioner has been transferred and his new address is:

20  37461 Cherry St, APT-B, Newark, Ca. 94560 (510) 795-7484

21

22

23  **VERIFICATION**

24      I am the petitioner in the above cause of action, have read the statements herein,

25  and declare under penalty of perjury that these statements are true and correct.

26  **DATED:** 7/18/08              **RESPECTFULLY SUBMITTED,**

27

28                                  Santiago Casso

(LIB# 38 CHANGE OF ADDRESS)

FILED

JUL 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEUEL VOCATIONAL INSTITUTION**
**P.O. BOX 600**
**TRACY, CA.**          **95378-0600**

Name _Santiago Casso_

CDC # _K-79110_

Housing Unit & Bed # _H-Down #12_

# State Prison
# Generated Mail

**DVI RECEPTION CENTER** R4102#3431 0004

Re: CV 08 3282 CRB (PR) (ch. add)

PRISON GENERATED MAIL

PRISON GENERATED MAIL



Hasler

016H2651670B

$00.420

Mailed From 95378
07/18/2008
US POSTAGE

— Legal Mail —

United States District Court
Northern District of California
450 Golden Gate Avenue
Box 36036
San Francisco, Ca., 94102

RC

U. Cuf.

Legal Mail—

7-18-08