Santiago Casso #K-79110
D.V.I., P.O. Box 600
Tracy, Ca. 95378-0600
Pro Per

United States District Court
for the Northern District of California

CASSO
  vs. Plaintiff
Pltor??
    Defendant

Case no. C 08 3282 CRB (PR)

Motion for address change

To The Honorable Court in the above-entitled cause

Please take notice: That as soon as this matter may be heard by the court, the above named Plaintiff will move for a notification of address change that as of 7/22/08 the old address of: ~~37468~~ 3437461 Cherry St., Apt-B, Newark, Ca. 94568 is no longer effective or any other on record that as of 7/22/08 the now New and only effective use of an address to use between partys and the Honorable Court is: #K-79110 D.V.I., P.O. Box 600, Tracy, Ca. 95378-0600

This Motion is based on all the records and files listed under the above mentioned case number, ~~and the attached declaration~~

DATE: 8/12/08

Santiago Casso #K-79110
Santiago Casso #K-79110
D.V.I., P.O. Box 600
Tracy, Ca. 95378-0600